**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ROSE M. PETERSON                                                                                          APPLICANT

v.                                              No. 4:06CV00781 JLH

MBNA AMERICA BANK, N.A.                                                               CLAIMANT/RESPONDENT

## ORDER OF DISMISSAL

Applicant's motion to dismiss is GRANTED. Document #9. This matter is hereby dismissed without prejudice.

IT IS SO ORDERED this 23rd day of August, 2006.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE